**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: K. F.C., A MINOR | : | No. 320 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: D.C., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: K.F.C., A MINOR | : | No. 321 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: D.C., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: M.I.C., A MINOR | : | No. 322 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: D.C., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: M.I.C., A MINOR | : | No. 323 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: D.C., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: J.H.C., A MINOR | : | No. 324 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: D.C., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: J.H.C., A MINOR | : | No. 325 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: D.C., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: D.G.C., A MINOR | : | No. 326 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: D.C., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

IN THE INTEREST OF: D.G.C., A MINOR    :   No. 327 EAL 2022

: 

: 

PETITION OF: D.C., FATHER    :   Petition for Allowance of Appeal

:   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.

[320 EAL 2022, 321 EAL 2022, 322 EAL 2022, 323 EAL 2022, 324 EAL 2022, 325 EAL 2022, 326 EAL 2022 and 327 EAL 2022] - 2